**Dismissed and Opinion Filed September 21, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00660-CV

## IN RE BLAKE REYNOLDS, Relator

**Original Proceeding from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-00064-2018**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Evans
Opinion by Justice Myers

Relator filed a petition for writ of mandamus dated July 8, 2020 in which he complains of the trial court's order granting real party in interest's motion to strike the jury demand. It came to our attention that the trial court had entered summary judgment disposing of the case. Thus, we asked the parties to file letter briefs addressing whether relator's request for mandamus relief is now moot.

Before the Court is a September 14, 2020 letter from relator's counsel asking us to "withdraw" the mandamus petition from this Court's consideration, because he agrees that it is moot. We will treat this letter as a motion to dismiss the original

proceeding. Accordingly, we grant the motion and dismiss the original proceeding.

/Lana Myers/
LANA MYERS
JUSTICE

200660F.P05